UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLENE J. STREET,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No.  5:21-cv-05697-EJD<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Re: Dkt. No. 17 |

Plaintiff Charlene J. Street's counsel, Harvey P. Sackett, moves to withdraw as counsel of record. *See* Dkt. No. 17. For the foregoing reasons, the Court **GRANTS** Mr. Sackett's motion to withdraw.

In ruling on a motion to withdraw as counsel, courts consider (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *See* N.D. Cal. Civ. L.R. 11-5. In this Circuit, the California Rules of Professional Conduct govern the conduct of attorneys, including the withdrawal of counsel. *See* N.D. Cal. Civ. L.R. 11-4(a)(1); *see also Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008) (applying California Rules of Professional Conduct to attorney withdrawal). Withdrawal is appropriate when the client's conduct renders it unreasonably difficult for the [attorney] to carry out the employment effectively. *See* Cal. R. Prof. Conduct 3-700(C)(1)(d). Mr. Sackett declares that he and Plaintiff have had a breakdown in communication and that, as a result, he can no longer continue to represent Plaintiff effectively. *See* Dkt. No. 17-1. The Court provided Plaintiff with an opportunity to submit a response, but she declined to do so, as did

Case No.: 5:21-cv-05697-EJD
ORDER GRANTING MOTION TO WITHDRAW
1

opposing counsel. *See* Dkt. Nos 20, 21. The Court thus determines that any prejudice is minimal and the reason for withdrawal is permissible. The Court **GRANTS** Mr. Sackett's motion to withdrawal.

The Court will provide Plaintiff **sixty days** to retain new counsel. During this time period, the scheduling order will be held in abeyance. Any new counsel retained during this period shall immediately file a notice of appearance with the Court. During this period, Mr. Sackett must accept papers for forwarding to Plaintiff, unless new counsel is secured.

**IT IS SO ORDERED.**

Dated: February 28, 2022.

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-05697-EJD
ORDER GRANTING MOTION TO WITHDRAW

2